Cause No  
FIO-73110-R

Case  
~~Appeals~~ No 05-13-00119CR

PD-1038-14

To the court of appeals, I'm writing you in regards of my transcripts /court records. I am indigent I was indigent at trial. I've never been provided a copy of the record from my trial.

I need the record to do my 11.07 Writ of Habeas Corpus. I can only allege and appeal to what is in the record. A correct 11.07 of Habeas Corpus can only be correctly file with the records.

The entire record is needed the Clerk's record and the reporters record is needed in order for me to do an 11.07 Habeas corpus.

RECEIVED IN  
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

Thank You

Ryan S Wallace